# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.   **EDCV 14-01640-VAP (KKx)**                                   Date: **April 17, 2015**

Title:  Center for Community Action and Environmental Justice v. Filter Recycling Services, Inc.

**DOCKET ENTRY**

PRESENT:

**HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

<u>Deb Taylor</u>                                           <u>RS 4 01-17-15</u>
Deputy Clerk                                           Court Reporter/Recorder

ATTORNEYS PRESENT FOR PLAINTIFF(S):           ATTORNEYS PRESENT FOR DEFENDANT(S):
    Gideon Kracov                                               J. Mark Lobb

**PROCEEDINGS:        SETTLEMENT CONFERENCE**

The matter was called for a settlement conference as previously scheduled.

Attorney Gideon Kracov appeared on behalf of plaintiff, Center for Community Action and Environmental Justice, along with client representative Penny Newman.  Attorney J. Mark Lobb appeared on behalf of defendant, Filter Recycling Services, Inc., along with client representative Jon Bennett.

The parties agreed upon a settlement.  The terms and conditions of the settlement were set forth on the record by counsel and specifically agreed to on the record by the parties.  Plaintiff and Plaintiff's counsel signed and executed a written settlement agreement.  Defendant and Defendant's counsel shall sign and execute the written settlement agreement no later than **April 20, 2015**.

The parties shall file a notice of settlement with the Court no later than **April 24, 2015.**  The notice of dismissal of the action pursuant to Fed.R.Civ.P. Rule 41 shall be filed with the Court no later than thirty (60) days from today's hearing.

06:20

MINUTES FORM 11
CIVIL-GEN