Gideon Kracov (State Bar No. 179815)
LAW OFFICE OF GIDEON KRACOV
801 S. Grand Avenue, 11th Floor
Los Angeles, CA 90017-4645
Tel: (213) 629-2071
Fax: (213) 623-7755
Email: gk@gideonlaw.net

Michael R. Lozeau (State Bar No. 142893)
Richard T. Drury (State Bar No. 163559)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)
E-mail: michael@lozeaudrury.com
            doug@lozeaudrury.com

Attorneys for Plaintiff
CENTER FOR COMMUNITY ACTION
AND ENVIRONMENTAL JUSTICE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FILTER RECYCLING SERVICES, INC., a corporation, DOES 1 through 10,<br><br>Defendants. | Case No.  5:14-cv-01640-VAP-KK<br><br>JOINT NOTICE OF SETTLEMENT AND REQUEST FOR ORDER TO SHOW CAUSE RE: DISMISSAL<br><br>[PROPOSED ORDER SUBMITTED HEREWITH] |

NOTICE OF SETTLEMENT

1

PLEASE TAKE NOTICE that following a Settlement Conference with Magistrate Judge Kenly Kiya Kato, Plaintiff Center for Community Action and Environmental Justice and Defendant Filter Recycling Services, Inc. are pleased to inform the Court that they have reached settlement of all claims in the Action and have agreed to language of a Settlement Agreement.  The settlement is contingent upon the expiration of the federal agency 45-day review period required by the federal Clean Water Act.[1]

Consequently, the parties jointly request and good cause exists to set June 15, 2015, or as soon thereafter as is appropriate for the Court, as a date for an Order to Show Cause for the filing of a Request for Dismissal of Plaintiff's Claims with Prejudice, or a Notice that the settlement is null and void.  All other deadlines can be vacated.

In accordance with the federal Clean Water Act, no order disposing of this action may be entered prior to 45 days following the receipt of the proposed Settlement Agreement by the United States Department of Justice and the National and Region IX offices of the United States Environmental Protection Agency.  *See* 40 C.F.R. § 135.5 (requiring the parties to provide notice to the Court of the 45-day agency review period under 33 U.S.C. § 1365(c)).  The regulatory agencies' review

---

[1] Title 33 of the United States Code Section 1365(c) provides that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45-days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."

NOTICE OF SETTLEMENT                    2

period will end on or about June 8, 2015; if any of the reviewing agencies object to the proposed Agreement, the parties would require additional time to meet and confer and attempt to resolve the agencies' concerns.  The Settlement Agreement is not effective until after the regulatory agencies' review period expires and the Court enters the Dismissal.

Consequently, good cause exists to set June 15, 2015, or as soon thereafter as is appropriate for the Court, as a date for an Order to Show Cause for the filing of a Request for Dismissal of Plaintiff's Claims.  All other deadline dates can be vacated. A proposed order is submitted herewith.

Respectfully submitted,

Dated: April 20, 2015                    LAW OFFICE OF GIDEON KRACOV

By:     _____
Gideon Kracov
**Attorneys for Plaintiff**

**CENTER FOR COMMUNITY ACTION
AND ENVIRONMENTAL JUSTICE**


Date: April 20, 2015                     LOBB & CLIFF LLP

By:     /S/ Per Local Rule 5-4.3.4(a)(2)(i)
Mark Lobb
**Attorneys for Defendant**

**PROOF OF SERVICE**

1

I, Gideon Kracov, being duly sworn, deposes and says:

2

I am a citizen of the United States and work in Los Angeles County, California. I
3   am over the age of eighteen years and am not a party to the within entitled action. My
business address is: 801 S. Grand Ave., 11ᵗʰ Fl., LA, CA 90017. On  4/2 0     , 2015 I
4   served the attached: NOTICE OF SETTLMENT; PROPOSED ORDER TO SHOW
CAUSE on:

5

   Mark Lobb
6  Uliana A. Kozeychuk

7  Lobb & Cliff, LLP
   25240 Hancock Avenue, Suite 315
8  Murrieta, CA 92562

9  mlobb@lobbcliff.com
   ukozeychuk@lobbcliff.com
10

11 ATTORNEYS FOR DEFENDANT FILTER RECYCLING SERVICES, INC.

12

13 XXX          by placing a true copy thereof enclosed in a sealed envelope, with postage
                thereon fully prepaid, in the United States Post Office mail box at 801 S.
14              Grand Ave., Los Angeles, California, addressed as set forth above.  I am
                readily familiar with my firm's practice of collection and processing
15              correspondence for mailing.  It is deposited with the U.S. Postal Service on
                the same day in the ordinary course of business.  I am aware that on
16              motion of party served, service is presumed invalid if postal cancellation
                date of postage meter date is more than 1 day after date of deposit for
17              mailing in affidavit.

18 XXX          by transmitting via electronic mail the document(s) listed above to the e-mail
                addresses set forth herein on this date.

19

20
       I declare under penalty of perjury, according to the laws of the State of California,
21 that the foregoing is true and correct.

       Executed this _____4/2 0_____, 2015 at Los Angeles, California.
22

23                                                        _____
                                                          **Gideon Kracov**
24

25

26

27

28